IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ETHAN A. JACKSON                                              PLAINTIFF
ADC #143292

v.                          No. 5:15-cv-60-DPM-BD

AMANDA GRAY, LPN,
Varner Supermax Unit, ADC                                     DEFENDANT

## ORDER

Unopposed partial recommendation, № 7, adopted. FED. R. CIV. P. 72(b)

(1983 Addition to Advisory Committee Notes).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

13 April 2015