# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ETHAN A. JACKSON
ADC #143292                                                                                    PLAINTIFF

V.                              CASE NO. 5:15-CV-00060 DPM/BD

AMANDA GRAY                                                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE